(See also No. 88–1340, *supra*.)

No. 87–452. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR BEVERLY HILLS SAVINGS & LOAN ASSN. *v.* MURDOCK-SC ASSOCIATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 88–66. COPELAND *v.* PHILADELPHIA POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied. 

No. 88–250. LAZAR *v.* UNITED STATES; and
No. 88–278. FRIEDMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 88–645. ALVERADO ET AL. *v.* WASHINGTON PUBLIC POWER SUPPLY SYSTEM ET AL. Sup. Ct. Wash. Certiorari denied. 

No. 88–659. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER OF EMPIRE SAVINGS & LOAN ASSN. *v.* GLEN RIDGE I CONDOMINIUMS, LTD., ET AL. Ct. App. Tex., 5th Dist. Certiorari denied. 

No. 88–706. POLICEMEN'S BENEVOLENT ASSOCIATION OF NEW JERSEY, LOCAL 318, ET AL. *v.* TOWNSHIP OF WASHINGTON, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 88–732. HELMSLEY ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 88–888. POINDEXTER ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 88–1049. GRANGE INSURANCE ASSN. *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.